UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| VANDERBILT MORTGAGE AND FINANCE, INC., ) ) ) | |
| Plaintiff, ) ) | No. 3:10-CV-07 |
| v. ) ) | (CAMPBELL/SHIRLEY) |
| FIRST FRANKLIN FINANCIAL CORP., ) ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is Defendant First Franklin's Motion for Leave to Amend Answer [Doc. 30].

The Court finds, first, that no party has responded in opposition to the Motion for Leave to Amend Answer, and the time for doing so has expired. See E.D. Tenn. L.R. 7.1(a), Fed. R. Civ. P. 6(d), 5(b)(2)(E). The Court may treat the lack of opposition during the time allowed under the rule as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2; see also Campbell v. McMinn County, 2012 WL 369090 (E.D. Tenn. 2012).

Second, the Court finds that Defendant First Franklin has made a sufficient showing to support affording leave to amend under Rule 15 of the Federal Rules of Civil Procedure.

Accordingly, the Court finds that the Motion for Leave to Amend Answer is well-taken, and it is **GRANTED**. First Franklin **SHALL FILE** its Amended Answer on or before **June 19, 2013**.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge